UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-cr-00376-MCE |
| Appellee, | |
| v. | **ORDER** |
| SCOTT HOLLAND, | |
| Appellant. | |

The Court, having reviewed Appellant's Motion to Proceed In Forma Pauperis on Appeal (ECF No. 2) in accordance with the provisions of 28 U.S.C. § 1915(a)(1), hereby GRANTS said Motion inasmuch as a review of Appellant's application indicates he lacks assets sufficient to otherwise proceed with the instant appeal.  Moreover, pursuant to 28 U.S.C. § 1915(c), the Court orders that a transcript be prepared of the underlying proceedings, including the bench trial held in this matter, without charge to Appellant.  Any costs attributable to the preparation of said transcript shall be paid by the United States.

1  Appellants' Motion requesting said transcript (ECF No. 3) is
2  accordingly also GRANTED.  Copies shall be provided both to
3  Appellant and filed with this Court.  Finally, inasmuch as
4  Appellant is already availing himself of electronic filing
5  privileges in this matter, his Motion requesting such privileges
6  (ECF No. 4) is DENIED as moot.
7       Because the transcript of this matter has not yet been
8  filed, the Court's briefing scheduling (ECF No. 5) is vacated,
9  and the September 30, 2010 hearing date in this matter is taken
10 off calendar.[1]  The parties are directed to notify the Court once
11 the appropriate transcript has been filed so that a appropriate
12 briefing schedule can be established and a hearing date be set.
13      IT IT SO ORDERED.

Dated: September 27, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Since the Court has sua sponte vacated the September 30, 2010 hearing date, Appellant's Motion for Extension of Time (ECF No. 6) is DENIED as moot.