UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

Appellee,

v.

SCOTT HOLLAND,

Appellant.

No. 2:10-cr-00376-MCE

**ORDER**

----oo0oo----

This is an appeal from a August 6, 2010 order by a magistrate judge levying a fine, along with a penalty assessment and processing fee, against Appellant in the total sum of $200.00. Presently before the Court is Appellant's Motion to Appoint Counsel, made primarily on grounds that a misdemeanor conviction in this matter could, depending upon some other "mistake" of Appellant in the future, could "create a 3-strike or other situation" with potentially serious implications for Appellant in the future.

Given the purported gravity of those circumstances together with an unspecified chronic medical condition, Appellant asks that a "highly qualified appellate lawyer" be appointed on his behalf.

After reviewing Appellant's Motion and the remainder of the file, the Court does not believe that this matter merits the appointment of counsel at the public's expense. Appellant's Motion for Appointment (ECF No. 9) is accordingly DENIED.

IT IS SO ORDERED.

Dated: March 18, 2011

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE